IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                          **Criminal Docket No. 3:03CR120WS**

**PAUL S. MINOR, et al**

**ORDER**

Came this day before the Court for status report the selection and approval of medical professionals and a treatment plan for Defendant Paul Minor in the above entitled action; and counsel for the Defendant being present telephonically along with the Defendant and the Defendant having agreed to waive his medical privilege the Court did find as follows:

That following inquiry of the Court, the Court is satisfied that Dr. Robert Davis is well qualified to evaluate and serve as a treating psychologist for the Defendant, and further;

That the Court having heard the findings of Dr. Davis and being advised of his treatment plan the Court is satisfied that Dr. Davis can and will implement this treatment plan which is in the best interest of his patient.

IT IS FURTHER ORDERED that Dr. Davis submit to the Court and to defense counsel a bi-weekly report on the Defendant's progress with the first such report to be submitted to the Court on December 15, 2005.

IT IS FURTHER ORDERED that the Defendant is no longer on home confinement but will continue to report as directed to the U.S. Probation Officer charged with his bond supervision.

IT IS FURTHER ORDERED that the record of the hearing had on this matter be sealed until further order of the Court and that the bi-weekly reports on the Defendant's progress from Dr. Davis also be sealed.

SO ORDERED AND ADJUDGED this the 30th of November, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Agreed to:

s/ Dennis C. Sweet_____
Dennis C. Sweet

s/Joseph M. Hollomon_____
Joseph M. Hollomon

_____
US Attorney

Criminal No. 3:03-cr-120 WS