**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | Criminal No. 3:03-cr-120WS |
| PAUL S. MINOR, JOHN H. WHITFIELD, OLIVER E. DIAZ, JR., JENNIFER DIAZ, AND WALTER W. "WES" TEEL | DEFENDANTS |

**ORDER**

This Court has before it defendant's submitted "exceptions" from electronic monitoring. Defendant asks this court to de-activate the monitoring equipment during those times, traveling under paragraph 12 of the Court's August 13, 2006 Order.

If adopted, defendant's schedule of exceptions would take effect at 7:15 a.m. and virtually continue until 10:30 p.m., with activation occurring for forty-five (45) minutes between 5:00 and 5:45 p.m., seventy-five (75) minutes between 8:15 p.m. and 9:30 p.m. Once defendant retires at 10:30 p.m., he again would be on electronic monitoring until he would arise from bed before 7:15 a.m.

Thus, under defendant's schedule of exceptions, he would spend a total of one hundred twenty (120) minutes during his waking hours, that is, two (2) hours a day.

Defendant suggests as exceptions: walking of family dogs; physical fitness; dinner; dinner with mother-in-law outside of residence; and grocery shopping. He also includes "AA" meetings, trial preparation with attorneys, travel, etc.

Apparently, defendant grossly misunderstands the purpose of electronic monitoring here.  Further, defendant is unmindful of what constitutes "exceptions".

Accordingly, this court hereby reaffirms its order imposing electronic monitoring upon defendant.  The defendant is to remain under such with **no exceptions** unless otherwise ordered by the Court.  Defendant's trial team may consult with defendant at his home in Baton Rouge, Louisiana where he is under electronic monitoring.

**SO ORDERED AND ADJUDGED**, this the 24th day of August, 2006

                                  s/ HENRY T. WINGATE

                                  _____
                                  UNITED STATES DISTRICT JUDGE

ORDER
CRIMINAL ACTION NO. 3:03cr120WS-1