IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60748

U.S. COURT OF APPEALS
FILED
OCT 15 2007
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN H WHITFIELD; PAUL S MINOR; WALTER W TEEL

    Defendants - Appellants

---

Appeals from the United States District Court for the
Southern District of Mississippi, Jackson

---

Before REAVLEY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion of appellant, Paul S. Minor, to stay payment of restitution and fine pending appeal is *denied*.

IT IS FURTHER ORDERED that appellee's motion to place the motion to stay payment of restitution and fine pending appeal under seal is *granted*.

IT IS FURTHER ORDERED that appellee's motion to place the response to the motion to stay payment of restitution and fine pending appeal under seal is *granted*.

MOT-21

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
                Deputy
New Orleans, Louisiana     OCT 15 2007